IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.　　　　　　　　　　　4:08CR00089-01-WRW

ANGEL M. ROBINSON

ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (doc #19). The Motion is GRANTED, and the Indictment is dismissed as to the defendant, Angel M. Robinson.

IT IS SO ORDERED this 5th day of January, 2009.

　　　　　　　　　　　　　　　　　　/s/Wm. R. Wilson, Jr.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

orddismindictment.wpd